# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Doriana Vladimirova Faris,

    Plaintiff(s),

vs.

Clear Channel Comm. Inc., et al.

    Defendant(s).

ORDER

3:04-cv-8

The judgment (document no. 80) entered on September 1, 2006 was entered in error and is herewith vacated.

**Signed: September 14, 2006**

Frank G. Johns, Clerk
United States District Court