IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv08

| | |
|---|---|
| DORIANA VLADIMIROVA FARIS individually and as Administratrix of the ESTATE OF ASHLEY ALEXANDER FARIS,<br><br>Plaintiffs,<br><br>v.<br><br>SFX ENTERTAINMENT, INC., d/b/a CLEAR CHANNEL ENTERTAINMENT<br><br>Defendants. | **ORDER** |

Defendant requests the Court to postpone the trial of this case approximately one week from its currently scheduled date of Tuesday, January 16th, 2007. The request is **GRANTED,** and **IT IS HEREBY ORDERED** that the trial of this case is now scheduled to begin on Monday, January 22, 2007.

Signed: December 4, 2006

Robert J. Conrad, Jr.
Chief United States District Judge