UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DORIANA VLADIMIROVA FARIS, individually and as administratrix of the ESTATE OF ASHLEY ALEXANDER FARIS,<br><br>Plaintiff,<br><br>vs.<br><br>SFX ENTERTAINMENT, INC., d/b/a CLEAR CHANNEL ENTERTAINMENT,<br><br>Defendant. | Case No.: 3:04CV008<br><br>**ORDER TO FILE ADMINISTRATOR'S RELEASE UNDER SEAL** |

THIS MATTER coming on to be heard and being heard before the undersigned upon a motion of Defendant with the consent of the Plaintiff to have all settlement documents filed under seal and it appearing that counsel for the parties are in agreement and it further appearing to the Court that there is just cause for the entry of this Order, the Court hereby ORDERS the following:

In this matter, the Administrator's Release and any transcript or notation of the filing of the document and all other documents attached to these documents or otherwise related to the settlement shall be filed under seal.

**SO ORDERED**.

Signed: February 16, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge